NUMBER 13-03-701-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________________________________________________ ____


ELUID MARTINEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________________ ___


On appeal from the 398th District Court 


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam



 Appellant, ELUID MARTINEZ, perfected an appeal from a judgment entered by
the 398th District Court of Hidalgo County, Texas, in cause number CR-3542-01-I. 
On August 17, 2006, this cause was abated, and the trial court was directed to
conduct a hearing to determine the status of the appeal. The trial court's findings and
recommendations were received on October 3, 2006. The trial court found that,
based on appellant's failure to appear at the status hearing, appellant has inferred that
he does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 2nd day of November, 2006.